```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABINE MOISE DESIR et al.,

                Plaintiffs,

-against-

MELISSA AVILES-RAMOS et al.,

                Defendants.

24-CV-08945 (MMG)

**ORDER SCHEDULING HEARING**

MARGARET M. GARNETT, United States District Judge:

    The Court is in receipt of Plaintiffs' proposed order to show cause with emergency relief and the related filings at Dkt. Nos. 7–10. In light of the holiday and the closure of the Court, and in light of the Court's preliminary review of Plaintiffs' filings, counsel for all parties are hereby ORDERED to appear for a hearing with the Court on **Monday, December 2, 2024, at 11:00 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    If Defendants wish to file a written response to Plaintiffs' filings, they may do so by **9:30 a.m. on Monday, December 2, 2024**, but they are not required to file a written response in advance of the hearing.

Dated:  November 27, 2024
           New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge