UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABINE MOISE DESIR,<br><br>                Plaintiff,<br><br>  -against-<br><br>MELISSA AVILES-RAMOS, et al.,<br><br>                Defendants. | 24cv08945 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's partial motion to dismiss is due on March 3, 2025; Plaintiff's opposition is due on April 3, 2025; and Defendant's reply in further support is due on April 17, 2025.

DATED:  February 10, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge