UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sabine Moise Desir,<br><br>    Plaintiff,<br><br>  -against-<br><br> Melissa Aviles-Ramos,<br><br>    Defendant. | 24-CV-8945 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, March 12, 2025 at 2:00 p.m.** The parties should be prepared to discuss Defendant's Motion to Dismiss [ECF 31]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 360 894 576#.

DATED:  March 5, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge