UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABINE MOISE DESIR, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> MELISSA AVILES-RAMOS, et al., <br><br> Defendants. | 24cv08945 (MMG) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall file a stipulation of dismissal as to all claims on which Plaintiff will not be proceeding by March 24, 2025. The briefing schedule for Defendant's partial motion to dismiss is suspended in anticipation of Plaintiff's voluntary dismissal of the claims at issue in the partial motion to dismiss (ECF 31). The parties shall file joint updates on April 11, 2025 May 12, 2025 on the status but not the substance of their efforts to settle the remaining attorneys' fees issues; Plaintiff shall make best efforts to provide Defendants with billing records by April 11, 2025.

DATED: March 12, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge